JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CORRAL, et al., on their own behalf and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>    v.<br><br>LIFECARE SOLUTIONS INC., et al.,<br><br>              Defendants. | Case No. CV 12-10074 FMO (PJWx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order re: Final Approval of Class Action Settlement; Approval of Attorney's Fees, Costs & Class Representative Service Payments, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Plaintiffs Richard Corral, Edgar Gutierrez, and Lloyd Swanson shall each be paid a service payment of $20,000, out of the settlement fund, in accordance with the terms of the Settlement Agreement.

2. Class counsel shall be paid $999,999.99 in attorney's fees, and $17,749.24 in costs, out of the settlement fund, in accordance with the terms of the Settlement Agreement.

3. The settlement administrator, Simpluris, Inc., shall be paid for its fees and expenses in connection with the administration of the Settlement Agreement, in accordance with the terms of the Settlement Agreement, but in an amount not to exceed $14,000.

1  4. Except as to any class members who have validly and timely requested exclusion, this
2 action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as
3 set forth herein and in the prior orders of this court.
4 Dated this 6th day of November, 2014.

/s/
Fernando M. Olguin
United States District Judge

2